UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYON JONES,<br><br>                    Petitioner,<br><br>          v.<br><br>MADDEN,<br><br>                    Respondent. | Case No. 2:22-cv-0446-JWH (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in *de novo* review of those portions of the Report to which Plaintiff has objected. The Court **ACCEPTS** the findings and recommendation of the Magistrate Judge. To the extent that Petitioner argues in the Objections that the prosecution violated <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), by failing to turn over "all" exculpatory evidence, rather than merely the video surveillance evidence identified in the Petition and addressed in the Report and Recommendation, Petitioner is not entitled to federal habeas relief. Such a conclusory allegation is insufficient to establish a <u>Brady</u> violation. *See* <u>Sanchez v. Hedgpeth</u>, 706 F. Supp. 2d 963, 986 (C.D. Cal. 2010) ("vague and completely unsubstantiated" allegations of suppressed evidence are insufficient show <u>Brady</u> error). It is therefore **ORDERED** as follows:

1. The Petition for a Writ of Habeas Corpus is **DENIED**.
2. This action is **DISMISSED with prejudice**.
3. Judgment shall issue accordingly.

**IT IS SO ORDERED.**

Dated: February 21, 2023

_____
HONORABLE JOHN W. HOLCOMB
United States District Judge