JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYON JONES, | Case No. 2:22-cv-0446-JWH (MAR) |
| Petitioner, | |
| v. | JUDGMENT |
| MADDEN, | |
| Respondent. | |

1       Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

3       It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED with prejudice**.

5       **IT IS SO ORDERED.**

7 Dated: February 21, 2023

HONORABLE JOHN W. HOLCOMB
United States District Judge